# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br>LESLIE KLEIN,<br>                  Debtor. | B.A.P. No. CC-25-1037<br><br>On Appeal from:<br>United States Bankruptcy Court for the<br>Central District of California<br><br>Bankr. No. 2:23-bk-10990-SK<br>Chapter 11 |
| THE SECOND AMENDED KLEIN LIVING TRUST, A TRUST; LESLIE KLEIN, AN INDIVIDUAL; THE MARITAL DEDUCTION TRUST OF ERIKA KLEIN, A TRUST; THE SURVIVOR'S TRUST OF LESLIE KLEIN, A TRUST; BARBARA KLEIN, AN INDIVIDUAL,<br>                  Appellants,<br>v.<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,<br>                  Appellee. | |

## NOTICE OF APPEARANCE

Jeffrey W. Dulberg (CA State Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
            jlucas@pszjlaw.com
            jnolan@pszjlaw.com

*Counsel for Appellee Bradley D, Sharp,*
*Chapter 11 Trustee*

# NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), hereby appears as counsel for Appellee Bradley D. Sharp, Chapter 11 Trustee. PSZJ hereby requests that all notices required to be given and all papers served or required to be served in this case be given to and served on the undersigned on the following addresses and through CM/ECF:

    Jeffrey W. Dulberg (CA State Bar No. 181200)
    John W. Lucas (CA State Bar No. 271038)
    Jeffrey P. Nolan (CA Bar No. 158923)
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067
    Telephone: 310/277-6910
    Facsimile: 310/201-0760
    E-mail: jdulberg@pszjlaw.com
             jlucas@pszjlaw.com
             jnolan@pszjlaw.com

Respectfully Submitted,

Dated: March 28, 2025         PACHULSKI STANG ZIEHL & JONES LLP

                                 By   */s/ John W. Lucas*
                                      John W. Lucas

                                *Counsel for Appellee Bradley D, Sharp, Chapter 11 Trustee*