# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

### NOTICE OF RECEIPT OF DEFICIENT BRIEF

**TO:** John W. Lucas

**DATE:** May 15, 2025

**RE:** LESLIE KLEIN

**BAP No.:** CC-25-1037

On May 5, 2025, you E-filed your brief, and your excerpts of record. Please cure the following deficiency on or before **MAY 29, 2025.**

- Excerpts of Record NOT filed in compliance with the BAP Administrative Order Regarding Electronic Filing in BAP Cases. Excerpts of the Record are to be e-filed in compliance with the BAP Administrative.

Rule 3(a) (1)
A table of contents must be included in a separate .pdf which is the first attachment to the excerpts of record docket event. Each subsequent item in the excerpts of record must be contained in a separate .pdf and labeled so that it is identifiable from the table of contents. Every effort should be made to attach all .pdf's to the same docket event

PLEASE RETURN A COPY OF THIS NOTICE WITH YOUR CORRECTIONS.